**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00646-LTB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**SALAM A. AZIZ**,

      Plaintiff,

v.

**POLICE DEPARTMENT IN ADAMS COUNTY,**

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

      On March 30, 2015, Plaintiff filed a Motion for Interpreter (ECF No. 4).  On April 1, 2015, this Court denied Plaintiff's Application to Proceed in District Court Without Prepayment of Costs (ECF No. 5).  Plaintiff's Motion for Interpreter (ECF No. 4) is **DENIED** without prejudice as premature.

Dated:  April 15, 2015